CASES DISPOSED OF WITHOUT OPINION.

J. H. DITMORE *v.* N. A. GOINS, from Cherokee.   F. P. Axley and E. B. Norvell for plaintiff; Dillard & Bell for defendant.   Per Curiam affirmed.

A. Z. ROBERTS *v.* FRANCES ROBERTS, *et al.,* from Cherokee. Dillard & Bell for plaintiff; R. L. Cooper for defendants. Per Curiam affirmed.

J. H. McADEN *v.* THOMAS LONGBOTTOM, *et al.,* from Cherokee.   Dillard & Bell for plaintiff; R. L. Cooper for defendants.   Per Curiam affirmed.

JOHN KEENER *v.* S. L. KELLY, *et al.,* from Macon.   J. F. Ray for defendants.   No counsel *contra.*   Per Curiam affirmed.